**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:06MJ422-H**

|  |  |
|---|---|
| ) | **ORDER** |
| **IN RE: SEIZURE OF FIRST CITIZENS** ) | |
| **BANK ACCOUNT IN THE NAME OF** ) | |
| **EDWARD H. PEREZ, M.D.** ) | |
| _____ ) | |

     **THIS MATTER** is before the Court on the Government's motion to release the account that was seized pursuant to a seizure warrant issued herein on November 9, 2006. For the reasons stated in the government's motion, **IT IS HEREBY ORDERED** that First Citizens Account Number xxxxxxxx7930 in the name of Edward H. Perez, M.D., shall be released to the previous owner(s) or holder(s) of the account, as his, her or their interest(s) may appear to the bank.

     **SO ORDERED.**

                         Signed: July 5, 2007

                         *Carl Horn, III*
                         Carl Horn, III
                         United States Magistrate Judge